No. 10–8710. PRICE *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 10–8715. EDWARDS *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 10–8722. ROBERSON *v.* SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8727. LIGGON-REDDING *v.* FIDELITY NATIONAL TITLE INSURANCE CO. ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–8742. M. V. *v.* FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES. Sup. Ct. Fla. Certiorari denied.

No. 10–8746. MONTGOMERY *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Certiorari denied.

No. 10–8750. CORCOLES *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 10–8756. DYSON *v.* WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–8759. STEINER *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–8760. HERTZ *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8766. ROQUE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–8771. WHITE *v.* JONES ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8775. TAYLOR *v.* WOODS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8783. EDMOND *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.